| County Court __Huerfano__ County, Colorado Combined Courts | Filed in the Combined Courts Huerfano County Colorado |
|---|---|
| Court Address: 491 Main Street Walsenburg, CO. 81089 / 200 West 5th Street, Suite 141 Walsenburg, CO 81089 (719)793-7100 | APR 01 2025 Lorraine A. Cisneros Clerk Of Court |
| Plaintiff(s): David P. Freilino v. Sheriff B. Newman & Administrator Vigil Defendant(s): Huerfano County Jail | DATE FILED: April 1, 2025 9:26 AM CASE NUMBER: 2025C16 COURT USE ONLY |
| Attorney or Party Without Attorney (Name and Address): David P. Freilino Douglas County Jail 4000 Justice Way Castle Rock, CO. 80109 Phone Number: 695-4509  E-mail: FAX Number:   Atty. Reg. #: | Case Number: 2025 C 16 Division: A  Courtroom: A |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. __Huerfano County Jail, Sheriff B. Newman__, defendant(s), is (are) resident(s) of __Huerfano__ County, with a post office address of __500 S. Albert__ Street, City __Walsenburg__, State of __Colorado__.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from __Huerfano County Jail, Sheriff Newman__ defendant(s), is/are __twenty five thousand__ dollars and __zero__ cents ($25,000), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):
   __Violation of Eighth Amendment rights. Violations against the Constitution of the United States__

   The Defendant(s) ☐ is (are) ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

5. The Plaintiff(s) ☒ does (do) ☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).
   ☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
   ☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

Signature of Plaintiff(s): __David P. Freilino__

Signature of Attorney for Plaintiff(s) (if applicable):

Address(es) of Plaintiff(s): __Douglas County Jail 4000 Justice Way Castle Rock CO. 80109__

Telephone Number(s) of Plaintiff(s): __719-695-4509 & 661-809-1558__

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE